(136 So. 738)

**Foy WORRELL v. STATE.**

**4 Div. 571.**

Supreme Court of Alabama.

June 11, 1931.

Rehearing Denied Oct. 15, 1931.

Chauncey Sparks, of Eufaula, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, J.

Petition of Foy Worrell for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Worrell v. State, 136 So. 737.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.